

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,158-01

### IN RE ANGELA MOORE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 04-16-00630-CR & 04-16-00631-CR
### IN THE FOURTH COURT OF APPEALS
### BEXAR COUNTY

*Per curiam*. HERVEY, J., did not participate.

### O R D E R

Relator filed a motion for leave to file and a petition for a writ of mandamus, invoking our constitutional authority to issue writs of mandamus in criminal law matters. TEX. CONST. art. V, § 5. The petition requests that we issue the writ of mandamus in the underlying cases, requiring the appellate court to rescind its order removing Relator counsel from representing Cody Lon Smith on direct appeal.

Smith's direct appeals and any current deadlines in Cause Numbers 04-16-00630-CR and 04-16-00361-CR are stayed pending further order from this Court.

Respondent, the Fourth Court of Appeals, is invited to respond to Relator's allegations and

arguments. The Real Parties in Interest, the Kerr County District Attorney, and Cody Lon Smith are also invited to provide responses. All responses shall be submitted within 30 days of the date of this order.  This motion for leave to file a writ of mandamus will be held in abeyance for 30 days.


Filed:  August 2, 2017
Do not publish